UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: NOV 1 0 2010

Case No. CR-05-0027 MMC
        CR-10-0482 MMC

JUDGE: **Maxine M. Chesney**

DEFENDANT: EARL WILLIAMS

Present ( ) Not Present (✓) In Custody ( )

U.S. ATTORNEY: Cynthia Frey

ATTORNEY FOR DEFENDANT: Daniel Blank

Deputy Clerk: TRACY LUCERO

Reporter: CATHERINE EDWARDS

## PROCEEDINGS

REASON FOR HEARING: Status re: Competency

RESULT OF HEARING: US Marshal informed counsel & court that the defendant will be transported & should be in the district by 11/18/10.

USPO - DAN ZURITA

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 12/1/10 @ 2:30 for Competency Hearing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(5 min)

