1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   CYNTHIA M. FREY (CABN 150571)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: cynthia.frey@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
    UNITED STATES OF AMERICA,          )   No. CR 10-0482 MMC
14                                      )       CR 05-0027 MMC
            Plaintiff,                  )
15                                      )   STIPULATION AND [PROPOSED]
        v.                              )   ORDER TO CONTINUE STATUS
16                                      )   CONFERENCE
    EARL WILLIAMS,                      )
17                                      )   Current Date: January 26, 2011
            Defendant.                  )   Current Time: 2:30 p.m.
18  _____)
                                            Proposed Date: February 9, 2011
19                                          Proposed Time: 2:30 p.m.

20

21          The defendant, Earl Williams, represented by Dan Blank, Assistant Federal Public

22  Defender, and the government, represented by Owen Martikan, on behalf of Cynthia Frey,

23  Assistant United States Attorney, appeared before the Court on December 2, 2010 for a

24  competency hearing.  On December 2, 2010, this Court found the defendant competent to stand

25  trial and ordered that the matter be continued to January 26, 2011 for a further status conference.

26  Due to a scheduling conflict on that date, the government requested a continuance of one week,

27  to February 9, 2011.  The defendant and United States Probation Officer, Dan Zurita, have agreed

28  to a continuance to February 9, 2011.  The court clerk confirmed that February 9, 2011 is

    STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
    CR 10-0482 MMC and CR 05-0027 MMC

available.  The parties agree that good cause exists to continue the status conference to
February 9, 2011.

A proposed order is attached hereto.

IT IS SO STIPULATED.


DATED: December 20, 2010                    /s/
                                    CYNTHIA M. FREY
                                    Assistant United States Attorney


DATED: December 20, 2010                    /s/
                                    DANIEL BLANK
                                    Attorney for EARL WILLIAMS


Based upon the above and for good cause shown, the date scheduled for the status
conference for defendant, Earl Williams, currently scheduled for January 26, 2011, is vacated and
is now scheduled for February 9, 2011 at 2:30 p.m.


IT IS SO ORDERED.


DATED: December 23, 2010

                                    HONORABLE MAXINE M. CHESNEY
                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR 10-0482 MMC and CR 05-0027 MMC