DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6570
    Raven.Norris@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>EARL WILLIAMS,<br><br>            Defendant. | Case No. CR 05-00027-001-MMC<br><br>~~PROPOSED~~ ORDER GRANTING MOTION TO APPLY SEIZED FUNDS HELD BY FEDERAL BUREAU OF INVESTIGATION FOR PAYMENT TOWARD DEFENDANT'S RESTITUTION JUDGMENT |

Upon consideration of the United States' Motion to Apply Funds and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion to Apply Funds is Granted.

IT IS FURTHER ORDERED that One Thousand Six Hundred Ninety-Six Dollars and Seventy-Six Cents ($1,696.76), belonging to Defendant Earl Williams, and held by the Federal Bureau of Investigation be turned over to the Clerk of the Court for payment of the outstanding restitution obligation imposed against Defendant. Said funds should be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102.

Dated: April 2, 2019

                                                  MAXINE M. CHESNEY
                                                  United States District Judge